# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10654
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

February 7, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Demond Deshun Scott,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-2-3

_____

Before Elrod, *Chief Judge*, and Haynes and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Demond Deshun Scott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Scott has not filed a response. We have reviewed

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10654

counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.